UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **05-61456 CIV-MOORE**

FORT LAUDERDALE DIVISION

"IN ADMIRALTY"   MAG ___ JUDGE

------------------------------------------------------x

G & G MARINE, INC.,

    Plaintiff,

v.

M/V #109, her boats, tackle, apparel and
furniture, engines and appurtenances, etc., *in rem*

    Defendant.

------------------------------------------------------x

## VERIFIED COMPLAINT

Comes now the plaintiff, G & G MARINE, INC. (hereinafter "G & G") by and through its undersigned counsel and sues the defendant, M/V #109, her boats, tackle, apparel and furniture, engines and appurtenances, etc., *in rem*, and states as follows:

1. This is an action within the admiralty and maritime jurisdiction as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all material times, Plaintiff G & G was and is a Florida Corporation duly existing under the laws of the State of Florida and transacting business in this District.

3.	At all material times, M/V #109, was and is a 45 foot commercial motor vessel, which is now and will be during the pendency of these proceedings, located at or near Fort Lauderdale, Florida, and within the jurisdiction of this Honorable Court.

4.	This is a cause of action to enforce a maritime lien arising pursuant to 46 U.S.C. § 31341 et. seq., previously known as the Federal Maritime Lien Act, resulting from a breach of contract involving dockage fees for the M/V #109. This is a cause cognizable within the admiralty and maritime jurisdiction of this Honorable Court, 28 U.S.C. § 1333, as well as this Court's original jurisdiction, 28 U.S.C. § 1331. Plaintiff invokes the maritime procedure specified in Federal Rule of Civil Procedure 9(h) and the Supplemental Admiralty Rules.

## COUNT I

5.	G & G affirms and realleges the allegations contained in paragraphs 1-4.

6.	Plaintiff brings this Count against the M/V #109 her boats, tackle, apparel and furniture, engines and appurtenances, etc., *in rem*, pursuant to 46 U.S.C. §31342 and Supplemental Rule C.

7.	M/V #109 is a "vessel" as the term is defined in 1 U.S.C. § 3, and therefore may be subject of a maritime lien arising under 46 U.S.C. § 31342.

8.	Such liens may be enforced, as provided in the statute, as well as provided in Supplemental Rule C, by civil action *in rem* against the vessel.

9.	Mr. Kyung il Lee was and is the person entrusted by the owner of M/V #109 with managing the vessel in the Fort Lauderdale.

10.	As the person entrusted with the management of the vessel in Fort Lauderdale, Mr. Lee is presumed by law, specifically, pursuant to 46 U.S.C. § 31341 to have the authority to procure necessaries for the vessel.

11.	Dockage (the vessel's use of a dock) is one such "necessary".

12. On or about September 25, 2004, Plaintiff G&G began providing dockage to M/V #109 on the order of Mr. Lee.

13. Defendant has not paid dockage fees to Plaintiff since its arrival in September 2004. Defendant has been presented with invoices for the dockage fees, and has failed to pay an outstanding balance of $41,599.70, which remains outstanding, and is now due and owing to Plaintiff. Mr. Lee has advised G & G that the owner of the vessel could not pay the dockage fees owed to G & G.

14. A copy of the dockage invoice, tabulated from September 26, 2004 through August 25, 2005, totaling $41,599.70 is attached hereto as Exhibit "A."

15. Proof that Defendant's owner received the appropriate invoices, and a letter demanding payment and advising of the vessel's possible seizure *in rem* (sent in both English and Korean) is attached hereto as Exhibit "B."

16. 46 U.S.C. § 31342 specifies that provision of such necessaries, upon the order of a person authorized by the owner, creates a maritime lien on the vessel to which they are provided.

17. Plaintiff G & G, having provided dockage to M/V #109 for almost one full year without payment, has a maritime lien on M/V #109.

18. 46 U.S.C. § 31342(a)(2) and Supplemental Rule C(1) provide for this civil action *in rem* against M/V #109 to enforce G & G's maritime lien.

19. The facts in this case fully satisfy the conditions for an *in rem* action, and therefore this Honorable Court must order arrest of the M/V #109 pursuant to Supplemental Rule C(3)(a)(ii).

20. In the event that defendant defaults in this case, and/or fails to make an effort to secure release of the M/V #109 from arrest, the court may order the M/V #109 sold, pursuant to Supplemental Rule E(9)(b)(i)(C).

WHEREFORE, plaintiff prays:

1. That a warrant *in rem* for the arrest of M/V #109 may issue and that all persons claiming an interest therein may be cited to appear and answer the matters stated in this complaint;

2. That judgment may be entered in favor of the plaintiff for the amount of its claim, with interest and costs, and that the M/V #109 be condemned and sold to pay the same; and

3. That plaintiff may have such other and further relief as this court may deem to be proper and just.

SIGNED this 2nd day of September, 2005.

_____
Brian P. Hill, Esq.
Fla. Bar No. 080410
5600 North Flagler Drive, Suite 2708
West Palm Beach, Florida 33407
Telephone: (305) 951-6001
Facsimile: (561) 840-0382
Email address: Esquire38@aol.com

## VERIFICATION

The undersigned is the Vice President of Operations of G & G MARINE, INC., and swears to the following: Knowledge of the facts stated in the instant Complaint is derived from a review of the documents generated by or in the possession of G & G MARINE, INC.; information related to me by employees of G & G MARINE, INC. pursuant to a business obligation to report, as well as my own personal knowledge and belief. The undersigned is authorized to make this Verification on behalf of G & G MARINE, INC. I verify and confirm that the facts alleged in this Complaint are true and accurate to the best of my information and belief.

DATED is 2nd day of September, 2005.

_____
Mike J. Grandonico

STATE OF FLORIDA        )
                        ) :ss
COUNTY OF BROWARD       )

The foregoing instrument was acknowledged before me this __2__ day of September, 2005 by Mike J. Grandonico who is personally know to me or who has produced _____ as identification.

_____
Notary Public, STATE OF FLORIDA
Laura O'Toole
Commission #DD258903
Expires: Oct 15, 2007
Bonded Thru
Atlantic Bonding Co., Inc

*Print name:* _____

My Commission Expires: _____

EXHIBIT (A)



# G&G MARINE, Inc.

G & G MARINE, INC.
760 N.E. 7th Avenue
Dania, FL USA 33004

**Invoice**

| DATE | INVOICE No. |
|---|---|
| 6-Aug-05 | 0000388-04 |

| BILL TO | SHIP TO |
|---|---|
| KIM JAE YIL, VESSEL# 109 | KIM JAE YIL, VESSEL# 109 |
| 102-910, KIL HOON APT. | 102-910, KIL HOON APT. |
| SINGOK RI, KIMPO SI, | SINGOK RI, KIMPO SI, |
| KYUNG KI DO | KYUNG KI DO, |
| KOREA | KOREA |

| TERMS | DUE DATE | |
|---|---|---|
| C O D | C O D | |

| DESCRIPTION | | AMOUNT |
|---|---|---|
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Sep 26, 2004 to Oct 25, 2004 | X 1 VESSEL X 30 DAYS | $ 3,525.00 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Oct 26, 2004 to Nov 25, 2004 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Nov 26, 2004 to Dec 25, 2004 | X 1 VESSEL X 30 DAYS | $ 3,525.00 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Dec 26, 2004 to Jan 25, 2005 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Jan 26, 2005 to Feb 25, 2005 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.5 for Period Cover, Feb 26, 2005 to Mar 25, 2005 | X 1 VESSEL X 28 DAYS | $ 3,290.00 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.50 for Period Cover, Mar 26, 2005 to Apr 25, 2005 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.50 for Period Cover, Apr 26, 2005 to May 25, 2005 | X 1 VESSEL X 30 DAYS | $ 3,525.00 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.50 for Period Cover, May 26, 2005 to Jun 25, 2005 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.50 for Period Cover, Jun 26, 2005 to Jul 25, 2005 | X 1 VESSEL X 30 DAYS | $ 3,525.00 |
| DOCKAGE-VESSEL,#109,47' @ 2.50 = 117.50 for Period Cover, Jul 26, 2005 to Aug 25, 2005 | X 1 VESSEL X 31 DAYS | $ 3,642.50 |
| Sales Tax 6% | | 2,354.70 |
| If payment is not made G & G Marine must refer any unpaid balance for collection. Customer and any vessels receiving services shall pay any and all costs, expenses and reasonable attorney fees incurred by G & G whether suit is brought or not | | $ 41,599.70 |

760 N.E. 7th Avenue • Dania Beach, Florida 33004 • Phone (954) 920-9292 • Fax (954) 922-8316
Website: www.gandgshipping.com

EXHIBIT (B)



| | |
|---|---|
| FedEx Express | U.S. Mail: PO Box 727 |
| Customer Support Trace | Memphis, TN 38194-4643 |
| 3875 Airways Boulevard | |
| Module H, 4th Floor | Telephone: 901-369-3600 |
| Memphis, TN 38116 | |

08/08/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **851807351400**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jun 7, 2005 10:38 |
| **Signed for by:** | .KIM IL JOON | | |
| **Service type:** | Priority Envelope | | |

NO SIGNATURE IS AVAILABLE
FedEx Express Proof of delivery details appear below, however no signature is currently available for this FedEx Express shipment. Availability of signature images may take up to 5 days after delivery date.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 851807351400 | **Ship date:** | Jun 2, 2005 |
| | | **Weight:** | 1.0 lbs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| KYUNG KI DO KR | WAST PALM BRACH, FL US |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

## Detailed Results

| | |
|---|---|
| **Tracking number** | 851807351400 |
| **Signed for by** | .KIM IL JOON |
| **Ship date** | Jun 2, 2005 |
| **Delivery date** | Jun 7, 2005 10:38 AM |
| **Status** | Delivered |

| | |
|---|---|
| **Destination** | KYUNG KI DO KR Residence |
| **Delivered to** | |
| **Service type** | Priority Envelope |
| **Weight** | 1.0 lbs. |

You can also track:
- By TCN
- FedEx Trade shipments
- By Email Tra...
- By FedEx W... Solutions

| Date | Time | Activity | Location | Details |
|---|---|---|---|---|
| Jun 7, 2005 | 10:38 AM | Delivered | KYUNG KI DO KR | |
| | 9:28 AM | On FedEx vehicle for delivery | SEOUL-SI MAPO-GU KR | |
| | 7:58 AM | At local FedEx facility | SEOUL-SI MAPO-GU KR | |
| Jun 6, 2005 | 6:17 PM | In transit | SEOUL-SI MAPO-GU KR | |
| Jun 4, 2005 | 4:04 PM | Int'l shipment release | SEOUL KR | |
| | 2:18 PM | In transit | SEOUL KR | Package available for clearance |
| | 12:27 PM | Int'l shipment release | SEOUL KR | |
| Jun 3, 2005 | 12:14 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 7:24 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 12:57 AM | Departed FedEx location | MEMPHIS, TN | |
| Jun 2, 2005 | 11:40 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 7:07 PM | Left origin | MIAMI, FL | |
| | 5:52 PM | Picked up | MIAMI, FL | |

Wrong Address? Reduce future mistake FedEx Address Check

Shipping Freight? FedEx **has** LTL, air fr... surface and air expe... multi piece package and ocean freight.

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [          ]          Your Email Address: [          ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2005 FedEx

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
G & G MARINE, INC.
770 N.E. 7th Avenue
Dania, Florida 33004

**CIV-MOORE**

### DEFENDANTS
M/V # 109

**MAGISTRATE JUDGE GARBER**

(b) County of Residence of First Listed Plaintiff: Broward County, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Broward
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brian P. Hill, Esq.
5600 North Flagler Drive #2708
West Palm Beach, Florida 33407
(305) 951-6001

**05-61456**

Attorneys (If Known)

0:05 CV 61456-Moore-Garber

(d) Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
46 U.S.C. 31341. Enforcement of maritime lien through an IN REM arrest of the vessel.

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** $41,599.70

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 09/02/2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 535185   AMOUNT 250.00   APPLYING IFP _____