UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-61456-CIV-MOORE
Magistrate Judge Garber

G&G MARINE INC.,

    Plaintiff,

vs.

M/V # 109, her boats, tackles, apparel
and furniture, engines and appurtenances, etc.,
*in rem*,

    Defendant,
_____/

**ORDER OF DEFAULT JUDGMENT**

FILED by ___ D.C.
DEC 9 2005
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Plaintiff's Motion for Default Judgment (DE #14).

UPON CONSIDERATION of the motion, and pertinent portions of the record, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment (DE #14) is GRANTED. Default judgment is entered in favor of the Plaintiff against Defendant in the liquidated amount of $41,599.70, plus costs and disbursements of this action in the amount of $8,450.00, for a total amount of $50,049.70.

LET EXECUTION ISSUE.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of December, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record